**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA VALDOSTA DIVISION**

AMNER ESAU REYES TROCHEZ,

Petitioner,

v.

WARDEN, IRWIN COUNTY DETENTION CENTER,

Respondent.

CASE NO.: 7:26-CV-144 (LAG)

**ORDER**

Before the Court is the Magistrate Judge's Report and Recommendation (R&R). (Doc. 7). Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). U.S. Immigration and Customs Enforcement (ICE) detained Petitioner on March 26, 2026 at his scheduled appointment with ICE. (Doc. 1 at 3). Petitioner filed his petition on May 5, 2026. (Doc. 1). On May 6, 2026, the Court ordered Respondents to provide Petitioner with a bond hearing within seven days of the Order. (Doc. 3 at 2). On May 13, 2026, Respondents filed a Motion to Dismiss (Doc. 4) challenging Petitioner's right to a bond hearing based on 8 U.S.C. § 1225(b)(1)(B)(ii). (Doc 4 at 2). On May 18, 2026, the Magistrate Judge ordered the Petitioner to respond to Respondent's Motion to Dismiss within 30 days of the Order, but Petitioner did not. (Doc. 5 at 1). On September 18, 2026, the Magistrate Judge issued a Report & Recommendation (R&R) recommending that the Court grant Respondent's Motion as uncontested and dismiss the case without prejudice. (Doc. 7 at 2). The R&R also recommended that the case be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for Petitioner's failure to prosecute and comply with the Court's Orders. (*Id.* at 2 (first citing *Coleman v. St. Lucie Cnty. Jail*, 433 F. App'x 716, 718 (11th Cir. 2011); then citing *Brown v Tallahassee Police Dep't*, 205 F. App'x 802 (11th Cir. 2006); and then citing *Lopez v. Aransas Cnty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir.

1978)).

District courts must "conduct a careful and complete review" to determine "whether to accept, reject, or modify" a magistrate judge's report and recommendations. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam). Unobjected-to portions of the R&R are reviewed for clear error. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). If necessary, the Court may review factual issues de novo "to aid its review of a magistrate's report." *Wainwright*, 681 F.2d at 732. Here, because Petitioner did not object to the R&R, the Court reviews the R&R for clear error. Upon a careful and complete review of Petitioner's petition, the record, and the R&R, the Court **ACCEPTS** and **ADOPTS** the R&R (Doc. 7) in its entirety. Accordingly, Petitioner's petition (Doc. 1) is **DISMISSED** without prejudice. Respondent's Motion to Dismiss (Doc. 4) is **DENIED** as moot.

**SO ORDERED**, this 26th day of October, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**