IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

AMNER ESAU REYES TROCHEZ, *

Petitioner, *

v. Case No. 7:26-cv-144 (LAG-AGH)

*

WARDEN, IRWIN COUNTY DETENTION CENTER, *

Respondent. *

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated 10/26/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 26th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk